**Exhibit A to the Complaint**

**Location:** New York, NY  **IP Address:** 108.46.43.152
**Total Works Infringed:** 30  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 8B52FD7A90E10A36119BF71791AE13499BB0C147 | Tushy | 09/19/2017 04:24:33 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/18/2017 05:23:20 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 07/02/2017 19:09:32 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 4 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 07/02/2017 19:10:12 | 04/19/2017 | 06/15/2017 | 15389210409 |
| 5 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 07/02/2017 19:30:24 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 6 | 0A63D1DC5B920F43372D8DAC44BE198EFF11836C | Tushy | 07/02/2017 19:36:58 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 7 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 07/02/2017 19:25:37 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 8 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 07/02/2017 19:19:01 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 9 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 10/03/2017 03:01:13 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 10 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 10/03/2017 04:49:47 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 11 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 10/03/2017 04:49:08 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 12 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 10/03/2017 02:47:53 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 13 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 10/03/2017 03:01:15 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 14 | 52676DB8AF414DEA769B50EB28C052C61D366D93 | Tushy | 07/02/2017 19:09:45 | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 15 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 07/02/2017 19:16:02 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 16 | 5554570156FC9CCD23D39D2946BF8EACB0F41F70 | Tushy | 07/02/2017 19:10:24 | 05/26/2017 | 06/22/2017 | PA0002039288 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 07/18/2017 05:18:25 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 18 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | Blacked | 10/08/2017 02:44:15 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 19 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/18/2017 05:19:40 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 20 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 07/02/2017 19:06:41 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 21 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 10/03/2017 02:47:16 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 22 | A3DA962966B22156A853DCCE4289A66A113ECF29 | Tushy | 10/03/2017 02:57:41 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 23 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 10/03/2017 04:55:35 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 24 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 07/18/2017 05:22:59 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 25 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 07/02/2017 19:19:59 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 26 | B316A7B2BA822FD11A7D2D2733FE8293C9BE17DC | Tushy | 07/02/2017 19:09:24 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 27 | C28A866375FF6CB8933EE66D5D4642164AF0A438 | Tushy | 07/18/2017 05:35:45 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 28 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/08/2017 03:17:07 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 29 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 10/03/2017 04:47:59 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 30 | EDAA460FA5995B02EF111997AAC1E210CA5669F6 | Tushy | 07/02/2017 19:10:03 | 04/06/2017 | 06/05/2017 | PA0002050769 |