**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
eMail:  LFarber@LFarberLaw.com
Attorneys for Defendant John Doe subscriber
 assigned IP address 108.46.43.152

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** <br><br>*Plaintiff,*<br><br>vs.<br><br>**JOHN DOE subscriber assigned IP address 108.46.43.152**,<br><br>*Defendant.* | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Hon. Alvin K. Hellerstein, U.S.D.J.<br><br>Case No. 1:17-cv-08956 (AKH)<br><br><u>CIVIL ACTION</u><br><br>**NOTICE OF MOTION<br>TO QUASH SUBPOENA** |

TO:

    JACQUELINE M. JAMES, ESQ.    Verizon
    The James Law Firm, PLLC            Attn:  Subpoena Compliance Team
    445 Hamilton Avenue, Suite 1102      180 Washington Valley Road
    White Plains, NY 10601                  Bedminster, NJ 07921
    *Attorneys for Plaintiff*

    PLEASE TAKE NOTICE that defendant, JOHN DOE subscriber assigned IP address 108.46.43.152,  moves before the Hon. Alvin K. Hellerstein, U.S.D.J., at the United States District  Court, 500 Pearl Street, New York, NY 10007, granting defendant's **Motion to Vacate the Court's Order of December 4, 2017,  and to Quash plaintiff's Rule 45 Subpoena dated December 11, 2017**, to Verizon in the above captioned matter.  Your response hereto is due within the applicable time period provided by the Federal Rules of Civil Procedure or as set by the Court.

    PLEASE TAKE FURTHER NOTICE that defendant shall rely on the Memorandum of Law, Certification and Exhibits annexed hereto.

Any opposition must be served and filed at least fourteen days prior to the return date of this Motion or as set by the Court.

                                            LESLIE A. FARBER, LLC
                                            Attorneys for Defendant John Doe
                                             subscriber assigned IP address
                                             108.46.43.152

                                    By:    /s/ Leslie A. Farber
Dated:  January 15, 2018                    Leslie A. Farber
                                              eMail: LFarber@LFarberLaw.com