**LESLIE A. FARBER**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
eMail: LFarber@LFarberLaw.com
Attorneys for Defendant John Doe subscriber
 assigned IP address 108.46.43.152

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** | UNITED STATES DISTRICT COURT |
| *Plaintiff,* | SOUTHERN DISTRICT OF NEW YORK |
| vs. | Hon. Alvin K. Hellerstein, U.S.D.J. |
| **JOHN DOE subscriber assigned IP address 108.46.43.152**, | Case No. 1:17-cv-08956 (AKH) |
| *Defendant.* | CIVIL ACTION |
| | **DECLARATION OF LESLIE A. FARBER** |

1. I, Leslie A. Farber, Esq., counsel for John Doe subscriber assigned IP address 108.46.43.152, submit this Declaration in support of this defendant's Motion to Vacate the Court's Order of December 4, 2017, Order permitting plaintiff to serve a Rule 45 subpoena on Verizon and to Quash plaintiff's Subpoena returnable January 25, 2018, to Verizon.

2. Attached hereto as "Exhibit A" is a true copy of plaintiff's subpoena returnable January 25, 2018, accompanying Order dated December 4, 2017, and Verizon cover letter (defendant's actual name and address redacted) dated December 13, 2017.

3. I have reviewed the unredacted version of <u>Exhibit A</u> and confirm that the true identify of John Doe subscriber assigned IP address 108.46.43.152 appears on page 2 of the Verizon letter.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 15, 2018

/s/ Leslie A. Farber
Leslie A. Farber
eMail: LFarber@LFarberLaw.com