**LESLIE A. FARBER**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
eMail: LFarber@LFarberLaw.com
Attorneys for Defendant John Doe subscriber
assigned IP address 108.46.43.152

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
| *Plaintiff,* | |
| vs. | Hon. Alvin K. Hellerstein, U.S.D.J. |
| | Case No. 1:17-cv-08956 (AKH) |
| **JOHN DOE subscriber assigned IP address 108.46.43.152**, | CIVIL ACTION |
| *Defendant.* | **ORDER** |

    **THIS MATTER**, having been brought before the Court on the application of Leslie A. Farber LLC, attorney for John Doe subscriber assigned IP address 108.46.43.152, for an Order Vacating this Court's Order of December 4, 2017, and Quashing plaintiff's Rule 45 subpoena to Verizon, and the Court having considered the moving and opposing papers and any arguments of counsel, and good cause having been shown;

    **IT IS** on this        day of            , 2018,

    ORDERED that this Court's Order of December 4, 2017, permitting plaintiff to serve a Rule 45 subpoena on Verizon is hereby Vacated;  and

    IT IS FURTHER ORDERED that the plaintiff's subpoena dated December 11, 2017, to Verizon seeking the name, address, and telephone number of John Doe subscriber assigned IP address 108.46.43.152, is hereby Quashed;  and

2

      IT IS FURTHER ORDERED that Verizon shall not release any identifying information concerning its subscriber assigned IP address 108.46.43.152 to Strike 3 Holdings, LLC, or any of its representatives; and

      **IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record and Verizon within ___ days of the date of this Order.

                                                                                _____